IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JUSTIN M. LOCKE, | § | |
| | § | No. 77, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 2207013451, |
| STATE OF DELAWARE, | § | 2207016351 (N) |
| | § | |
| Appellee. | § | |

Submitted: March 10, 2026
Decided: April 17, 2026

On February 18, 2026, the appellant filed this appeal from a Superior Court order, dated January 13, 2026 and docketed on January 14, 2026, denying his motion for postconviction relief. A timely notice of appeal was due by February 13, 2026.[1] The Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed as untimely filed. Postal records show that the notice to show cause was delivered on February 25, 2026. A timely response to the notice to show cause was due by March 9, 2026.[2] The appellant has not responded to the notice to show cause. Because the appellant failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

---

[1] Supr. Ct. R. 6(a)(iii)(B).

[2] *Id.* R. 29(b).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice